No. 953, Misc.   HERBERT *v.* LaVALLEE, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 958, Misc.   BROWN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 970, Misc.   BRIGANTE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   *Richard G. Harris* and *Don F. Clark* for petitioner.   *Thomas C. Lynch,* Attorney General, and *Evelle J. Younger* for the State of California, real party in interest.

No. 976, Misc.   STEVENSON *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 1018, Misc.   STEIN *v.* KANSAS.   Sup. Ct. Kan. Certiorari denied.   *Norman Dorsen* for petitioner. *Kent Frizzell,* Attorney General of Kansas, and *J. Richard Foth* and *Ernest C. Ballweg,* Assistant Attorneys General, for respondent.

No. 1020, Misc.   BUHL *v.* BETO, CORRECTIONS DIRECTOR.   Ct. Crim. App. Tex.   Certiorari denied.   *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Pat Bailey,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Charles R. Parrett,* Assistant Attorneys General, for respondent.

No. 1038, Misc.   ERVING *v.* SIGLER, WARDEN.   C. A. 8th Cir.   Certiorari denied.